# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D22-1461
_____

MARQUIS JACKSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Bruce Anderson, Judge.

September 21, 2022

PER CURIAM.

Upon consideration of Appellant's response filed on June 27, 2022, the Court denies the request to convert this appeal to a petition for writ of certiorari proceeding and dismisses this appeal for lack of jurisdiction. *See* Fla. R. App. P. 9.030(b)(2), 9.140(b).

KELSEY, JAY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Anthony D. Rosati of the Law Office of Anthony D. Rosati, LLC, Jacksonville, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.